**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

    MITCHELL HONORAT

Order Filed on August 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  18-24332 RG**

**Hearing Date:  8/21/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 21, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): MITCHELL HONORAT

Case No.: 18-24332

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/21/2019 on notice to DONALD C GOINS,

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an Application to extend Loss Mitigation by 8/28/2019; and it is

    further

- ORDERED, that if the Court's Docket does not reflect an Application to extend Loss Mitigation has been

    filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or

    Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

    then the case will be dismissed upon certification of the Standing Trustee.