UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, New Jersey 07202
(908) 351-1984   Fax: (908) 351-1982
Attorney for Debtor

**Order Filed on September 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mitchell Honorat,

Case No.: 18-24332

Chapter: 13

Judge: RG

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___March 7, 2019___ :

Property: ___1944 Hillside Avenue, Union, NJ 07083___

Creditor: ___Specialized Loan Servicing___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___11/25/2019___.

The Loss Mitigation Period is terminated, effective _____.

Revised 9/19/13

2