UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, New Jersey 07202
(908) 351-1984   Fax: (908) 351-1982
Attorney for Debtor

In Re:

Mitchell Honorat,

Order Filed on September 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-24332 |
| Chapter: | 13 |
| Judge: | RG |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ March 7, 2019 _____ :

Property: _____ 1944 Hillside Avenue, Union, NJ 07083 _____

Creditor: _____ Specialized Loan Servicing _____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ debtor _____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 11/25/2019 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24332-RG
Mitchell Honorat                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Sep 04, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db              +Mitchell Honorat,    1944 Hillside Avenue,   Union, NJ 07083-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
            njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
            MASTR Reperforming Loan Trust 2005-1 cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
          Donald C. Goins    on behalf of Debtor Mitchell   Honorat dcgoins1@gmail.com,
            G25787@notify.cincompass.com
          Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank USA, National Association as Trustee
            for MASTR Reperforming Loan Trust 2005-1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6