| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant:  Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 | **Order Filed on November 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    Mitchell Honorat<br>                    Debtor/Respondent | Case No.:      18-24332 RG<br><br>Judge:           Rosemary Gambardella<br><br>Chapter:        13 |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>September 4, 2018</u>:

Property:    <u>1944 Hillside Avenue Union, NJ 07083</u>

Creditor:    <u>Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1</u>

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by <u>Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.