|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant:  Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 |
| In Re:<br><br>    Mitchell Honorat<br>                        Debtor/Respondent |

Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        18-24332 RG

Judge:            Rosemary Gambardella

Chapter:         13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>September 4, 2018</u>:

Property:   <u>1944 Hillside Avenue Union, NJ 07083</u>

Creditor:   <u>Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1</u>

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by <u>Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-24332-RG
Mitchell Honorat                                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 07, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db             +Mitchell Honorat,    1944 Hillside Avenue,    Union, NJ 07083-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
       njbankruptcynotifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
       MASTR Reperforming Loan Trust 2005-1 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
       MASTR Reperforming Loan Trust 2005-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Donald C. Goins    on behalf of Debtor Mitchell  Honorat dcgoins1@gmail.com,
       G25787@notify.cincompass.com
      Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
       for MASTR Reperforming Loan Trust 2005-1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 7